# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF GEORGIA
## VALDOSTA DIVISION

| | |
|---|---|
| TERRI CREECH, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No. 7:09-CV-00027-HL |
| : | |
| TIFT REGIONAL HOSPITAL : | |
| AUTHORITY, d/b/a TIFT REGIONAL : | |
| MEDICAL CENTER, : | |
| : | |
| Defendant. : | |

## ORDER

At the request of the parties, the Court hereby ORDERS that further briefing of Defendant's Motion for Psychiatric Exam is STAYED pending ruling on dispositive motions. As applicable, the Court will reopen discovery at the appropriate time for the limited purpose of completing the deposition of Plaintiff for damages purposes only, briefing and ruling on the matter of mental expert discovery, and completion of any examinations that may then be ordered by the Court.

This 1st day of October, 2009.

*s/ Hugh Lawson*
HUGH LAWSON
UNITED STATES DISTRICT JUDGE